

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable G. C. Morris, Chairman
Joint Legislative Committee
Capitol Building
Austin, Texas

Dear Sir:

Opinion No. O-5870
Re: Can the Joint Legislative
Committee, under the provi-
sions of House Bill No. 176,
48th Legislature, increase
the amounts allowable for
current expenditures, ex-
clusive of teachers salaries,
above the sum of One Hundred
Eighty Dollars ($180), in
accredited schools and One
Hundred Sixty Dollars ($160)
in unaccredited schools?

Your letter of April 7 is as follows:

"We have a problem relative to the Salary Aid
Allocation on which we would like to have your opin-
ion.

"Under Article 2, Section 1, House Bill Number
176, Acts of the 48th Legislature, we wish to quote
as follows:

'"The expenditures will include sal-
aries of teachers as determined by the
salary schedule stated herein, and a max-
imum of One Hundred Eighty Dollars ($180)
per teacher per year in accredited schools
and One Hundred Sixty Dollars ($160) per
teacher per year in unaccredited schools
for other current expenses; provided that
if Salary Aid grant for the first year of

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable G. C. Morris, Chairman - Page 2

the biennium exceeds or is less than the
Salary Aid Allocation, the State Superin-
tendent shall increase or decrease said
maximums proportionately.'

"It now appears that the amount allocated by
House Bill No. 176 for Salary Aid will be sufficient
to permit allowance of more than One Hundred Eighty
Dollars ($180) per year per teacher in accredited
schools for current expenses other than salaries of
teachers, and One Hundred Sixty Dollars ($160) in
unaccredited schools. From the budgets submitted
by the schools, it is apparent that the costs of op-
eration embraced in those items have increased (as
e.g. fuel, etc) over previous years, and in many
instances the sums named are insufficient to cover
the needs shown by the budgets submitted.

"We feel prompted to ask the following question:

"Can we, under the provisions of House
Bill Number 176, Acts of the 48th Legisla-
ture, increase the amounts allowable for
current expenditures, exclusive of teachers
salaries, above the sum of One Hundred
Eighty Dollars ($180) in accredited schools
and One Hundred Sixty Dollars ($160) in
unaccredited schools."

The statutory provisions quoted in your letter (Sec.
1, Art. 2 of H. B. 176, Acts of the 48th Legislature) expressly
permit the State Superintendent to increase the maximum allow-
able for current expenditures other than teachers' salaries,
if during the first year of the biennium covered by the act
the amount of money allocated for salary aid is sufficient to
permit reimbursement of eligible districts in amounts exceed-
ing $180.00 per teacher per year in accredited schools and in
excess of $160.00 per teacher per year in unaccredited schools.

It is expressly provided, however, by the sentence
following that portion of Sec. 1 of Art. 2, supra quoted in
your letter, that in no case may the amount of salary aid ex-
ceed the approved amount of teachers' salaries. Subject to

Honorable G. C. Morris, Chairman, page 3


that limitation, the State Superintendent may increase the maximum allowable reimbursement for current expenses other than teachers salaries within the amount allocated by the Legislature for salary aid during the first year of the biennium.

                              Yours very truly

                          ATTORNEY GENERAL OF TEXAS


                     By

                              Gaynor Kendall
                              Assistant

GK:pw



APPROVED APR 24 1944

~~Blackburn~~

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY ~~ScJB~~
CHAIRMAN